IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MATTHEW DAVID HUFFSTATLER
ADC # 155080                                                                         PLAINTIFF

v.                           No. 5:14-cv-49-DPM-JTK

WENDY KELLY, Assistant Director, ADC;
KING, Administration, Tucker Unit, ADC;
HUFF, RN, Corizon; SHOCK, Doctor, Corizon;
PEPPER, Doctor, Corizon; CARSWELL, LPN,
CORIZON; ARKANSAS DEPARTMENT OF
CORRECTION; CORIZON; RAY HOBBS; and
STEVE WILLIAMS                                                                       DEFENDANTS

ORDER

Unopposed recommendation, № 10, adopted as clarified. FED. R. CIV. P. 72(b)(3) (1983 addition to Advisory Committee Notes). Huffstatler's claims against Kelly, Huff, Shock, Pepper, Carswell, Arkansas Department of Correction, Corizon, Hobbs, and Williams are dismissed. Huffstatler's § 1983 claim against King based on alleged verbal abuse is dismissed. An Eighth Amendment claim against King based on the other allegations about him remains.

So Ordered.

*D.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

21 March 2014