IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MATTHEW DAVID HUFFSTATLER                                          PLAINTIFF
ADC #155080

v.                                    No. 5:14-cv-49-DPM-JTK

WENDY KELLY, Assistant Director, ADC;
SHARON KING; HUFF, RN, Corizon;
SHOCK, Doctor, Corizon; PEPPER,
Doctor, Corizon; CARSWELL, LPN,
Corizon; and CORIZON                                              DEFENDANTS

## ORDER

The Court knows, from another case, that Huffstatler was paroled in the spring of this year and has recently moved. Case No. 3:14-cv-40, № 11. The Court therefore directs the Clerk to update his address to 6301 Father Tribou Street, Little Rock, AR 72205. The Court directs the Clerk to mail a copy of this Order to Huffstatler's new address. Huffstatler must confirm in writing by 28 August 2014 that this is his new address, or the Court will dismiss his complaint without prejudice for failure to prosecute. Local Rule 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 July 2014