IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MATTHEW DAVID HUFFSTATLER,                                    PLAINTIFF
ADC #155080

v.                           5:14-cv-49-DPM-JTK

WENDY KELLY, Assistant Director, ADC;
SHARON KING; HUFF, RN, Corizon; SHOCK,
Doctor, Corizon; PEPPER, Doctor, Corizon;
CARSWELL, LPN, Corizon; and CORIZON                           DEFENDANTS

ORDER

This Court warned Huffstatler that failure to confirm his new address in writing by 28 August 2014 could result in the dismissal of his case without prejudice. № 36. He hasn't responded. His complaint is dismissed without prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

29 August 2014