FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 29 2014

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| MATTHEW DAVID HUFFSTATLER, ADC #155080 | PLAINTIFF |
| v.   5:14-cv-49-DPM | |
| WENDY KELLY, Assistant Director, ADC; SHARON KING; HUFF, RN, Corizon; SHOCK, Doctor, Corizon; PEPPER, Doctor, Corizon; CARSWELL, LPN, Corizon; ARKANSAS DEPARTMENT OF CORRECTION; CORIZON; RAY HOBBS; and STEVE WILLIAMS | DEFENDANTS |

## JUDGMENT

Huffstatler's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 August 2014